# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 24CR16-WQH |
| Plaintiff, | |
| v. | **Order Continuing Sentencing** |
| BILLY RAY SCHULTZ, | |
| Defendant. | |

The parties' joint motion to continue the Sentencing from October 21, 2024 to November 25, 2024 is granted, on the grounds stated therein. (ECF No. 41.) Time is excluded pursuant to 18 U.S.C. § 3161(h)(7). For the reasons stated in the joint motion, the ends of justice served by a continuance in this case outweigh the best interest of the public and defendant in a speedy trial.

Dated: October 15, 2024

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court